PATRICIA A. PHAIR, Esq.　　　　　　　　　　　　　　　E-filed June 24, 2010
BAR NO. 3870
12 W. TAYLOR
RENO, NV 89509
(775) 786-9773
Attorney for Debtors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In Re: MICHAEL SZALAPSKI and LESA BUNTING,<br><br>　　　　　　Debtors.<br>_____/ | Bankruptcy No. 10-51694<br>Chapter 13<br>Hearing Date: August 20, 2010<br>Hearing Time: 2:00 p.m.<br>Estimated Time: 5 minutes |

OBJECTION TO PROOF OF CLAIM

Secured Creditor MorEquity, Inc. has filed a Proof of Claim for the sum of $3,490.29, as a secured claim. Said amount is composed of the following:

```
F/C Attorney fee/cost        $2,280.29
Accrued late fees               434.16
Delinquent real estate taxes    775.84
```

Debtors maintain that attorney fees and costs, for whatever reasons they have been incurred, presumably F/C stands for "foreclosure", are not secured by real estate and should be considered unsecured debt, and such costs would be discharged in a Chapter 7 bankruptcy.

Debtors agree that late fees are most likely secured debt due to MorEquity pursuant to the Note secured by a Deed of Trust on Debtor's residence.

Pursuant to 11 USC §507(a)(8), the property taxes are not dischargeable, and pursuant to 11 USC §523(a)(14A), non-dischargeable taxes that have been paid by another party are not dischargeable, and should be paid a secured debt.

WHEREFORE. Debtors pray as follows:

1. That Secured Creditor's request for attorney's fees and costs be deemed unsecured debt, in the amount of $2,280.29;

///

2. That the remaining amount of the Proof of Claim, $1,210.00 for late fees and real property taxes, be deemed secured debt, and be paid through the Debtors' Chapter 13 plan; and

3. For any and all other relief that the Court deems appropriate.

Dated this 24th day of June, 2010.

/S/ PATRICIA A. PHAIR
Patricia A. Phair

# CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was mailed by me, Patricia A. Phair, on June 24, 2010, by depositing in the U.S. Mail, first class postage prepaid, to:

MorEquity, Inc.
P.O. Box 3788
Evansville, IN 47736

Michael Szalapski
Lesa Bunting
40 Miranda Court
Sparks, NV 89441

William Van Meter, Trustee
P.O. Box 6630
RENO, NV 89513

/S/ PATRICIA A. PHAIR
Patricia A. Phair

Patricia A. Phair
Attorney and Counselor at Law
12 W. Taylor, Reno, Nevada 89509
(775) 786-9773   Fax (775) 786-9775

3