PATRICIA A. PHAIR, Esq.
Nevada Bar No. 3870
12 W. TAYLOR STREET
RENO, NV 89509
(775) 786-9773
Attorney fo Debtor

E-filed 6/24/10

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

In Re MICHAEL SZALAPSLI and
LESA BUNTING,

         Debtor.
_____)

Case No. BK-N-10-51694-GWZ
Chapter: 13

**NOTICE OF OBJECTION TO PROOF OF CLAIM**

Hearing Date: August 20, 2010
Hearing Time: 2:00 p.m.
Estimated Time: 5 minutes

TO:    DEBTOR
        TRUSTEE
        CREDITORS

    NOTICE IS HEREBY GIVEN that an OBJECTION TO PROOF OF CLAIM was filed by PATRICIA A. PHAIR, Esq., attorney for Movant. Any opposition must be filed pursuant to Local Rule 9013(e)(1).

    Local Rule 9013(e)(1): "Except for motions made pursuant to Fed. R. Bank. P. 7056 and LR 7056, an opposition to a motion must be filed and service completed upon the movant not more than fifteen (15) days after service of the motion *(eighteen (18) days if service of the motion is by mail pursuant to FRBP 9006(e) & (f)*, but in no event later than five (5) business days before the date set for the hearing so that the movant receives the opposition no less than five (5) business days before the hearing date or within the time otherwise fixed by the court. The opposition must set forth all relevant facts and must contain a legal memorandum. An opposition may be supported by affidavits or declarations that conform to the provisions of subsection (d) of this rule."

> If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:
>
> - The court may *refuse to allow you to speak* at the schedule hearing; and
>
> - The court *may rule against you* without formally calling the matter at the hearing.

NOTICE IS FURTHER GIVEN that the hearing on said Motion will be held before a United States Bankruptcy Judge, in the Clifton Young Federal Building, 300 Booth Street, Bankruptcy Courtroom, First Floor, Reno, Nevada on August 20, 2010, at 2:00 p.m.

DATE: June 24, 2008

Patricia A. Phair, Attorney

Patricia A. Phair
Attorney and Counselor at Law
12 W. Taylor Street, Reno, Nevada 89509
(775) 786-9773   Fax (775) 786-9775

CERTIFICATE OF SERVICE

The undersigned certifies that the original of this Notice and of the Objection to Proof of Claim that have been filed with the U.S. Bankruptcy Court and that a copy was served, by personally delivering the aforesaid documents, upon the following on this 24th day of June, 2010, by U.S. Mail, first-class mail, postage prepaid.

*Patricia A. Phair*

MorEquity, Inc.
P.O. Box 3788
Evansville, IN 47736

Michael Szalapski
Lesa Bunting
40 Miranda Court
Sparks, NV 89441

William Van Meter, Trustee
P.O. Box 6630
RENO, NV 89513

Patricia A. Phair
Attorney and Counselor at Law
12 W Taylor Street, Reno, Nevada 89509
(775) 786-9773    Fax (775) 786-9775