**Entered on Docket
August 27, 2010**

_____
**Hon. Michael S. McManus
United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re | Case No. 10-51694 |
| MICHAEL SZALAPSKI and LESA BUNTING, | Chapter 13 |
| Debtor. | Date: August 20, 2010<br>Time: 2:00 p.m. |

**ORDER**

The debtors' objection to the proof of claim filed by MorEquity, Inc., is ORDERED OVERRULED for the reasons explained in the accompanying Memorandum.